**Exhibit A to the Complaint**

**Location:** Boston, MA  
**Total Works Infringed:** 52

**IP Address:** 108.26.135.34  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3A537EE9DB3C9D1CC034969BB99F0D20491724A2<br>File Hash:<br>CA8843DC14DBC4CFFB2D7BCA9970DACE3D7D26DC624B5F1FAAA70E2FD66D2B99 | 03-08-2023 22:14:12 | Blacked Raw | 06-01-2018 | 07-14-2018 | PA0002128077 |
| 2 | Info Hash: AE7D70AB15439F9F5F4063186E1DE036B7346EF6<br>File Hash:<br>CBE43EE8AF85BD7B8B4311E0CD2BC07220BA8B39B95A1F941D71DFB94980DEC6 | 03-08-2023 22:09:51 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 3 | Info Hash: 96127ED926E5751F78E60FF117D75F59E918CF27<br>File Hash:<br>3313A2993842C3CF965B06B55DFCB0348C061AE23EE7F1B73DFA0DD56BC67635 | 03-07-2023 10:28:58 | Blacked Raw | 05-18-2020 | 06-08-2020 | PA0002243644 |
| 4 | Info Hash: 1955DF5BFBEC5C70C682AE206E2209755F572760<br>File Hash:<br>20120ACC93EE1985A60BD964204C03CC71D01758DA62FBC2131C705DCE5E8320 | 03-07-2023 10:16:16 | Blacked | 06-14-2017 | 07-07-2017 | PA0002070824 |
| 5 | Info Hash: 316818F612530D9924F39FA37C06B6A2339F9E1E<br>File Hash:<br>10E26B04623C27BAD9BBACB26C854A73C5F8935A0C4862F71D4DC8570BF51A7D | 03-07-2023 09:54:35 | Blacked Raw | 03-28-2018 | 04-12-2018 | PA0002091513 |
| 6 | Info Hash: 50759CA5CFAA4ED7A53C06CF8F524D21691C6587<br>File Hash:<br>8F413E4EE1C94A5714079DCC8EB092ADF08F21FDAC146FA56A330433344505F7 | 03-06-2023 16:48:57 | Blacked | 09-27-2017 | 10-10-2017 | PA0002057451 |
| 7 | Info Hash: 17CD54EEA48C6A552071459696C47C2EFBF473D6<br>File Hash:<br>6609883C329B060FE39E7A685371F8BD0D01CE0060C6228DF52B99FA4D7B26A3 | 03-05-2023 01:47:55 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 8 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash:<br>FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 03-05-2023 01:12:22 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 9 | Info Hash: B189F7154051D8613DD8D381642B96A7F2B3D6EE<br>File Hash:<br>58ADAB0A26782FF45C403700B4E204A793FF77194D5E84155500A41B29A60B08 | 03-04-2023 12:54:16 | Blacked Raw | 03-23-2019 | 04-08-2019 | PA0002164877 |
| 10 | Info Hash: 5E175724FBA29B2F4E81610E1A685EB6A153E511<br>File Hash:<br>A4DCE9AAE492411D8047AF17A2B10169B1D126E82BB265B6D3A9F6F6EC891224 | 03-04-2023 06:03:09 | Blacked | 08-18-2019 | 09-17-2019 | PA0002216216 |
| 11 | Info Hash: C6B85578F10E9FA595EDCD45402FBBEC745B6DD8<br>File Hash:<br>3C5C822A7847420497A7A7CA77E1830E674F223B1F564EF87684FE7408DDF33F | 03-04-2023 05:40:51 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash:<br>201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 03-04-2023<br>05:34:48 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 13 | Info Hash: F79E9037C1959A36DDE9D3A3C60906BED4EBBAF3<br>File Hash:<br>744445495B0CD0ED83B62DCE9D5A6914CAAD43A28E2B2B42BDA81F55E0E145D6 | 03-03-2023<br>20:52:40 | Blacked | 12-31-2017 | 01-15-2018 | PA0002099700 |
| 14 | Info Hash: 8D2EFF22392159795F468C91719C1C252C255924<br>File Hash:<br>99509127B0707B95BCFF5062192B6C24686582091E2E73B5E04841DFD1DBA46C | 03-03-2023<br>20:48:47 | Blacked Raw | 03-23-2018 | 04-17-2018 | PA0002116746 |
| 15 | Info Hash: 8F4DD2420D0F4D0C3D0A8278EAEA72746B0910BD<br>File Hash:<br>40D90FCC995D7F11D257841B25D6DC722A415F5C8A9441B85F5E368C19D9666B | 03-03-2023<br>18:50:51 | Blacked | 08-23-2017 | 10-10-2017 | PA0002086163 |
| 16 | Info Hash: 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5<br>File Hash:<br>7483CFAD2ABCB5652EA25BEFA703766A4EB32441025CDB9F4198CD1A77E0DB3F | 03-03-2023<br>18:45:34 | Blacked | 04-30-2018 | 05-24-2018 | PA0002101364 |
| 17 | Info Hash: D3FAF71F358B37710684388E75AC476CF04945AF<br>File Hash:<br>74FB47E14EC7D437C36A90103C572F9A77F691576C64DA75BFC36CB8A03566A8 | 03-03-2023<br>18:29:13 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 18 | Info Hash: E2BB05E86116A0CDAD606375C7B9C9EB44B6F769<br>File Hash:<br>31382C19D0B2EDBD00250E62E5F055C9A09921F1CA2BB18494E6CC89BFFB9BE1 | 03-03-2023<br>14:42:27 | Blacked | 02-04-2019 | 03-24-2019 | PA0002183208 |
| 19 | Info Hash: AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2<br>File Hash:<br>CEDBAC62A67199295C21B1F23AB0587A9EC912B54A2172369259EDBFF9C5FA09 | 03-03-2023<br>13:23:09 | Blacked | 09-07-2017 | 09-15-2017 | PA0002052840 |
| 20 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash:<br>58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 03-03-2023<br>13:01:39 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 21 | Info Hash: EFCFD6A363E6C1E838FF716AA23A4D25D9BCF58C<br>File Hash:<br>EE783E0A07A576007187F56864AB35D1759FDA96881F1892692F4A92BD2B6AE0 | 03-03-2023<br>12:57:40 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |
| 22 | Info Hash: E77556FF1B8801EF785D7907FE385F708DAA27D6<br>File Hash:<br>2E57A1C6C974FE5F3E51B11B4612316D5CDE4DA0F4A6F0EB90D54E0D1D0E1767 | 03-03-2023<br>12:55:43 | Blacked Raw | 06-26-2019 | 08-27-2019 | PA0002213245 |
| 23 | Info Hash: FF2B2FBA75B81F1CF9BEDF65C1291E750F461B19<br>File Hash:<br>DF01FAC71E200AADC39775BB000F3DF98A43F715767F321ED62A96342238B9BE | 03-03-2023<br>06:05:02 | Blacked | 05-20-2018 | 07-14-2018 | PA0002128469 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0<br>File Hash: 42AED6DBDAA494481E3C937D473FCCE9E3A9187C0DB00E6CE4DCD034D7DAD025 | 03-02-2023 23:28:24 | Blacked | 01-20-2018 | 03-02-2018 | PA0002104876 |
| 25 | Info Hash: 7EF8F2F7F6082F4D5A4608A1FCC50565AB14164B<br>File Hash: 5C6EE52299123D1519B27DD2EE8DDA90B5CC1C439DC0C8E8EBC0B3FA89B8681A | 03-02-2023 22:02:10 | Blacked | 07-04-2019 | 08-27-2019 | PA0002213242 |
| 26 | Info Hash: 67D95FCED9B00C108A63588568A4B4CC34737EE5<br>File Hash: 2F08A480A39A433B92CB7BE753ED72122DDC6A8669D61337B266203F90B0E8D4 | 03-02-2023 18:31:49 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 27 | Info Hash: 9CF787EED06B89DD95D45F407DEB97558309C434<br>File Hash: 8112CEEEC799D265EC9D43FDEB532EAA23CF01B3B5C4A4AECA5ECDA1820551FD | 03-02-2023 18:15:01 | Blacked | 01-05-2019 | 01-22-2019 | PA0002147685 |
| 28 | Info Hash: A035AD89D17FFA204EA1669362F8A2B2947F1D32<br>File Hash: CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 03-02-2023 18:14:57 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 29 | Info Hash: 28F94F30A942C1A433243BEF5077E036528DDAF8<br>File Hash: 9DB60297590CCEF74FAC47DFC5C24C06D8EB699EF55819D09377E8E8BAB7D3EA | 03-02-2023 16:23:37 | Blacked Raw | 11-08-2017 | 12-04-2017 | PA0002097993 |
| 30 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 03-02-2023 16:07:51 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |
| 31 | Info Hash: FB74770301183194E022950AB806F22711E1D882<br>File Hash: F46BFB163A513B7F3E12142FBD8465F06FA30094AA36D8A3EA740283856110EB | 03-02-2023 16:03:23 | Blacked Raw | 05-02-2019 | 05-28-2019 | PA0002200769 |
| 32 | Info Hash: A42D1662734338A45A64640234CF5D1E14FC7566<br>File Hash: 3811F6FB06FCD1C4D2E380842AC5B7E7CEAF73E7070B7EC0EEA5CDAD3EFDE422 | 03-01-2023 13:48:10 | Blacked | 06-29-2018 | 07-26-2018 | PA0002112160 |
| 33 | Info Hash: EDFFBF6D52CB081D6B7B30E0EA6CF24FAFA5D0C7<br>File Hash: 3D457743684AA3ED062DB068117B3AF38CC6E14F8EDD440D5FEABDC5BB3E7421 | 01-26-2023 01:23:35 | Tushy | 10-23-2017 | 12-04-2017 | PA0002098018 |
| 34 | Info Hash: 4011C120FB3FC5CD95252C11105DC284C8939DFC<br>File Hash: 168FDEDDE67F95DE16E41164B8ED5ABFBCB60B5BADABF75E084BC59CE0CA4258 | 01-24-2023 02:48:05 | Tushy | 12-12-2018 | 01-22-2019 | PA0002147902 |
| 35 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash: 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 01-23-2023 22:15:00 | Tushy | 11-17-2019 | 11-27-2019 | PA0002213996 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash:<br>610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 01-23-2023<br>21:55:31 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 37 | Info Hash: 3D5565340A11007367A788386A1708908C63FDA4<br>File Hash:<br>93040E578577443088589D3FA6E97E7157C6A9BC1CE35770D7DA78904663CC6C | 01-23-2023<br>03:33:54 | Tushy | 10-08-2018 | 11-01-2018 | PA0002143422 |
| 38 | Info Hash: 4FFDE0436D3756E42A316166ABAC63CCCD74B85F<br>File Hash:<br>DC4563E3B6ED3B0430999D1C4AF87781C5743A85D800AD1BC19ED5185A4D2AEC | 01-23-2023<br>03:33:41 | Tushy | 06-15-2018 | 07-14-2018 | PA0002128159 |
| 39 | Info Hash: B010B76E07A12376DD21900DD7206BFF8A020A90<br>File Hash:<br>0F5623891AEDACA4C7589E648597516FDEC26E596D01F8D3DF9B86E3AA19BFD0 | 01-23-2023<br>03:33:36 | Tushy | 10-03-2018 | 11-01-2018 | PA0002143432 |
| 40 | Info Hash: D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4<br>File Hash:<br>D09F57061C1E763BE9922FEA13E823573584D2E6CFFCD93DC125E3EC93CA2D3A | 01-23-2023<br>03:33:16 | Tushy | 05-26-2018 | 07-14-2018 | PA0002128078 |
| 41 | Info Hash: 1D86D3F0BB61FB1DB1284E24C8C71602F44665D2<br>File Hash:<br>B223C5D638F820B69D1ECB2757D3E98C599958E4EC5CBE91D2CCFC2E97C2E20C | 01-20-2023<br>14:13:58 | Tushy | 05-11-2018 | 05-24-2018 | PA0002101379 |
| 42 | Info Hash: 08F22BD8AF909059A6DBBD6CDD3C1B4AD62B20B4<br>File Hash:<br>FE8B5201427DB7FD3F54D99BCCA14A401132B47C6D7305999EA850B0C168E164 | 01-20-2023<br>11:01:21 | Tushy | 01-31-2018 | 02-20-2018 | PA0002104182 |
| 43 | Info Hash: EC033492E93572F9A38F165C56FC88DDD20FCFE0<br>File Hash:<br>41D2EA11898037FD0F9C0117569064E8A54285FE83665D117AC9690E3C078421 | 01-20-2023<br>07:59:02 | Tushy | 03-02-2018 | 04-17-2018 | PA0002116728 |
| 44 | Info Hash: 842C2FCE9B1DC6EB14072796A9C3BFEA807C84BF<br>File Hash:<br>65272C68BC21970173B311B3FE7CFC0A2B402861EE4D0092914A8CBC16BE198A | 01-14-2023<br>23:13:25 | Vixen | 09-01-2019 | 09-17-2019 | PA0002216134 |
| 45 | Info Hash: 7905AE4A925E2DBCEE94BCB7378BC386D4262FAC<br>File Hash:<br>6B4DC83F1BFCFB7C124C727C83154780E7E8090476CA63EB57E0A3C3020B1FAE | 01-13-2023<br>05:14:55 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 46 | Info Hash: 7A1184CDBB419B7045A3440659BCF4DD6F483F03<br>File Hash:<br>4391980CDBE9BE2922E11B71DFBDB6BFED7B53B04BC7BF6DE1254B0C544A8675 | 01-09-2023<br>03:46:22 | Tushy | 01-30-2022 | 03-04-2022 | PA0002345788 |
| 47 | Info Hash: 99668E32A1637C328EBF8A57212864C42943E00A<br>File Hash:<br>7FDDF8B0B1F88AA554C2DA073EBD857DFAC0AF14AE2FF4CAD7E4E4E24EEC969A | 12-25-2022<br>06:43:51 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 19A622AA245EA5FB4857367A24FC2C3EABE1FABF<br>File Hash:<br>EBAA5AFAD664D18A99DB63CE3AA064E89557B27922C89428E9BCD8F33D7B0692 | 12-25-2022 06:34:17 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 49 | Info Hash: 47AD03C8D52ABE80EACBC45DFE19920690847495<br>File Hash:<br>D385563492370281E9B99763CAB97C873EC2B1A0F4E90BE5B28C206EDC252A43 | 12-25-2022 06:24:53 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 50 | Info Hash: 94276047FB462D1079C128C237296EAD616795E8<br>File Hash:<br>E325A2E2848B12AA00D4F3A8075EE1784DB559A7DCB66F2B748237E1BB5B022B | 12-25-2022 06:21:10 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 51 | Info Hash: AB2C0AC43E536B2195555F021C1DDDA642AB8E0F<br>File Hash:<br>3E8089AF9B10BCE9B5073612DF72A785031B421F692353562F8C0EE35400366C | 12-25-2022 06:18:48 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 52 | Info Hash: F59AD419F53D551B86D260EB957D82FBB337F056<br>File Hash:<br>F18A6FBC83465AD49E0E6052167CFC54F78BDEAC050540591C388146749CADA5 | 11-23-2022 00:32:35 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |